HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KURT HECTOR GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00147-KES |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| KURT HECTOR GONZALES, | Hon. Kirk E. Sheriff |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Cody Chapple, as well as United States Probation Officer Natali Valdivia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Gonzales was sentenced in the instant case on July 24, 2020, to 42 months in custody, with a 5-year term of supervised release to follow. *See* Dkt. #3, p. 7. Mr. Gonzales term of supervised release began on July 7 , 2022. As of the date of this filing, Mr. Gonzales has been on supervised release for a period of approximately 45 months, out of the initially imposed 60-month term. During that time, no petitions for violation of supervised release have been filed. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Gonzales is on low supervision and is living a positive, pro-social, and law-abiding life. Mr. Gonzales is the operator of two companies. He operates a trucking company, and also he operates a retail store that he co-owns with his wife. Mr. Gonzales is currently living with his wife, who he married while on supervision. In short, Mr. Gonzales has successfully reintegrated into the community.

On February 26, 2026, Mr. Gonzales's probation officer, Natali Valdivia, indicated that probation had "no objection" to early termination in Mr. Gonzales's case. Similarly, on March 28, 2026, Assistant United States Attorney Cody Chapple indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Mr. Chapple and Officer Valdivia prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Gonzales and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

//

//

//

Gonzales – Unopposed Motion for
Early Termination of Supervised Release

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 10, 2024

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
KURT HECTOR GONZALES

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Kurt Hector Gonzales's term of supervised release.

IT IS SO ORDERED.

Dated:   April 13, 2026

_____
UNITED STATES DISTRICT JUDGE

Gonzales – Unopposed Motion for
Early Termination of Supervised Release

3